<table>
<tr><td>AO-10<br>Rev. 1/2004</td><td>FINANCIAL DISCLOSURE REPORT<br><br>NOMINATION FILING</td><td>Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)</td></tr>
</table>

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Smith, Norman R | 2. Court or Organization<br><br>9th Circuit | 3. Date of Report<br><br>12/17/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge -- Nominee | 5. ReportType (check appropriate type)<br><br>◉ Nomination.   Date   12/16/2005<br><br>○ Initial    ○ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/15/2005 |
| 7. Chambers or Office Address<br><br>Bannock County Courthouse<br>624 East Center, Room 310<br>Pocatello, Idaho 83205 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions )

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | District Judge/Administrative Judge for the Idaho Sixth Judicial District | State of Idaho |
| 2. | Adjunct Faculty | Idaho State University |
| 3. | Member of Board of Directors | Idaho State Civic Symphony |
| 4 | Planning Committee Member | Idaho State Tax Institute |

## II. AGREEMENTS.   (Reporting individual only, see pp 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 1995 | State of Idaho Judges Retirement Plan, no control |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | State of Idaho, wages | 95,070.36 |
| 2. | 2003 | Idaho State University, wages | 13,125.00 |
| 3. | 2004 | State of Idaho, wages | 96,252.60 |
| 4. | 2004 | Idaho State University, wages | 14,875.00 |
| 5. | 2005 | State of Idaho, wages | 100,123.00 |
| 6. | 2005 | Idaho State University, wages | 14,975.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | School District No. 25, wages |
| 2. | 2005 | School District No. 25, wages |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children  See pp 25-27 of instructions )

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | Exempt |

## V. GIFTS. (Includes those to spouse and dependent children  See pp 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | Exempt | |

## VI. LIABILITIES. (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities )

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Norman R | 12/17/2005 |

## V. GIFTS. (Includes those to spouse and dependent children  See pp 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | Exempt | |

## VI. LIABILITIES. (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities )

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R | 12/17/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e g div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Key Bank checking accounts | A | Interest | J | T | Exempt | | | | |
| 2. Key Bank certificates of deposit | A | Interest | J | T | | | | | |
| 3. GE Life and Annuity Assurance Company Annuity | D | Interest | M | T | | | | | |
| 4 PERSI Choice Plan | A | Dividend | J | T | | | | | |
| 5. Jefferson Pilot Financial  Insurance Company Adjustable Life | A | Interest | J | T | | | | | |
| 6. Jefferson Pilot Financial Insurance Company Adjustable Life | D | Interest | K | T | | | | | |
| 7 Jefferson Pilot Financial Insurance Company Adjustable Life | A | Interest | J | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Norman R | 12/17/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Norman R | 12/17/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Norman Randy Smith_          Date _December 17, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 7 | 500 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | 1 | 365 |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 95 | 572 |
| Real estate owned-add schedule | | 350 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | 25 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| Certificates of Deposit | | 2 | 025 | | | | |
| GE Variable Annuity | | 162 | 000 | | | | |
| PERSI Choice Plan | | 1 | 250 | Total liabilities | | 96 | 937 |
| | | | | Net Worth | | 550 | 838 |
| Total Assets | | 647 | 775 | Total liabilities and net worth | | 647 | 775 |
| CONTINGENT LIABILITIES | NONE | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |